# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0341

VERSUS

TERRY L. FLANAGAN                                     **JUNE 7, 2021**

---

In Re:    Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court is proceeding toward disposition of relator's "Motion to Quash the Multiple Bill Proceedings," as it is set for hearing on July 21, 2021.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT